IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
3:26 pm, Sep 25, 2019
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

BRIAN, EINES                                       )

    Plaintiff,                 )

  Vs.                                    )  Case No. 1:19-cv-04016-JPH-MJD

                               )

Sg.t PICKENS,

MCDUFFY, Correctional officer,                     )

Christina Conyers, Grievance Specialist            )

    Defendants,                )

## COMPLAINT UNDER 42 U.S.C. §1983

### I. JURISDICTION AND LIABILITY

  **Comes now,** Brian Eines, Plaintiff *pro* se, who complains of the Defendants, and for his cause of action alleges and says as follows:

  The District Court has jurisdiction over this cause pursuant to 28 U.S.C. §1331, which grants federal district courts original jurisdiction over cases arising under the Constitution, laws, or treaties of the United States. The jurisdiction of the court over the state-law claims is based on the supplemental jurisdiction statue, 28 U.S.C. §1367 (a), which extends the jurisdiction of federal district courts to all claims that are sufficiently related to the claim or claims on which their original jurisdiction is based to be part of the same case or controversy within the meaning of Article III of the Federal Constitution.

## II. Plaintiff Parties Information

Brian Eines #988189
Pendleton Correctional Facility
4490 W. Reformatory Rd.
Pendleton, Indiana 46404

## III. Defendant Parties Information:

Sgt. Pickens
4490 W. Reformatory Rd.
Pendleton, IN. 46064

C/O Mcduffy
4490 W. Reformatory Rd.
Pendleton, IN. 46064

Christina Conyers
4490 W. Reformatory Rd.
Pendleton, IN 46064

## IV. STATEMENT OF CLAIM

### CLAIM 1

a) Defendant Sgt. Pickens acted with malice, deliberate indifference and with willful and wanton disregard for the Plaintiff's life and safety, in doing so he violate Plaintiff's Eighth Amendment rights under the U.S. Constitution, Cruel and Unusual Punishment.

b) Defendant Sgt. Pickens who is a employee at the Pendleton Correctional Facility refused to alert medical staff that the plaintiff had fallen and busted his head open due to him having complications with his asthma in the heat.

c) On June 29, 2019 the plaintiff was being housed in J-Cell house in cell 3-3A between the hours of 11:00am- 5:00pm.

d) Brian Eines. had a history of asthma and was diagnosed as a chronic asthmatic upon his entry into the IDOC.

e) On June 29, 2019 at approx. 11:00am Ofc. Mabrack notified Sgt. Pickens that the plaintiff had fell out and busted his head and he (Ofc. Mabrack) was going to place the plaintiff in an observation cell so he could watch the plaintiff until medical staff were available. Sgt. Pickens told the officer not to put the plaintiff in the observation cell and refused to alert medical staff of the incident.

f) Sgt. Pickens told the plaintiff to clean the blood off his face, head, and lay down after knowing the plaintiff had already fell out and busted his head from complications with asthma. There was a deliberate indifference to the plaintiffs repeated cries for essential treatment.

## CLAIM 2

g) Defendant Ofc. Mcduffy acted with malice, deliberate indifference and with willful and wanton disregard for the Plaintiff's life and safety, in doing so he violate Plaintiff's Eighth Amendment rights under the U.S. Constitution, Cruel and Unusual Punishment.

h) Defendant Ofc. Mcduffy who is a employee at the Pendleton Correctional Facility refused to alert medical staff that the plaintiff had fallen and busted his head open due to him having complications with his asthma in the heat.

i) On June 29, 2019 the plaintiff notified Ofc. Mcduffy that he had passed out and busted his head and that he was having a hard time catching his breath. Ofc. Mcduffy observed blood leaking from the plaintiffs head but did not contact medical staff for the plaintiff. There was a deliberate indifference to the plaintiffs repeated cries for essential treatment.

j) Each officer is being sued in their individual capacity.

k) The above alleged acts of the defendants and their agents, coupled with the complete failure of the defendants to provide any positive medical treatment for Brian Eines., constitutes a course of medical care so clearly inadequate as to amount to the refusal to provide essential care. Such acts were so blatantly inappropriate as to evidence intentional maltreatment and cruel and unusual punishment resulting in the pain and suffering of Brian Eines, in violation of the due process clause of the Fifth and Eighth Amendments to the United States Constitution.

## CLAIM 3

I) Defendant, Christina Conyers, has an obligation to investigate grievance claims filed and:
   a. Failed to properly investigate.
   b. Blockading and or Sabotaging the State remedies/ Grievance Remedies.

### 4. PUNITIVE DAMAGES.

1. Plaintiff reiterates and incorporates by reference each and every allegation heretofore set forth.

2. The actions and deliberate conduct by these Defendants' in refusing to get the Plaintiff medical assistance for his serious chronic care asthma condition caused the Plaintiff severe pain. The Plaintiff now has anxiety and fears being inside a cell by himself for fear of falling out again and being denied any medical intervention. Plaintiff utilized the IDOC grievance procedures and was obstructed at every level. All of the Defendants' know that this type of conduct is strictly forbidden by IDOC Policy, State and Federal Law. Based on this: Plaintiff seeks Punitive Damages in the amount of $150,000, to deter these Defendants' from this type of conduct in the future.

### 5. PRAYER FOR RELIEF.

**WHEREFORE**, the Plaintiff Brian Eines respectfully prays that this Court afford the following relief relative to this Amended Complaint:

3. Declare that the acts and denials of the Defendants described herein violated Eines' rights under the Constitution and laws of the United States.

Enter a declaratory judgment that the Defendants in their individual capacity have violated the Fourth, Fifth Amendment, and the Eighth Amendments to the United States Constitution for the reasons specified above.

4. Enter an order awarding damages in favor of Plaintiff in the amount $50.000, per each Defendant. For the pain and suffering Plaintiff had to endured and the failure to prevent this type of incident from happening.

5. Further, pursuant to 42 U.S.C. §1988 to make Plaintiff whole, he should receive the costs of this action and related fees, as allowed by law, against each defendant, jointly and severally. And an additional award of Punitive Damages in the amount of $50,000 to deter these Defendants' from this type of conduct in the future.

6. Order any such additional relief as this Court may deem just and proper.

Respectfully Submitted,

Brian Eines, D.O.C. #988189
Pendleton Correctional Facility
4490 W. Reformatory Road
Pendleton, Indiana 46064

E. JURY DEMAND

☒ Jury Demand - I want a jury to hear my case
OR

☐ Court Trial – I want a judge to hear my case

Dated this 24TH day of SEPTEMBER 2019.

Respectfully Submitted,

_____
Signature of Plaintiff

Brian Eines,
D.O.C #988189
Pendleton Correctional Facility
4490 W. Reformatory Road
Pendleton, Indiana 46064

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒     I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐     I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.