UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRIAN EINES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-cv-04016-JPH-MJD ) |
| PICKENS, MCDUFFY, CHRISTINA CONYERS, | ) ) ) ) |
| Defendants. | ) |

**ORDER**

The plaintiff's motion for an extension of time to pay the initial partial filing fee, dkt. [7], is construed as a renewed motion to for leave to proceed *in forma pauperis* and is **granted**. Although the records initially presented to the Court suggested that the plaintiff had the ability to pay an initial partial filing fee, the Court credits his current representations in his motion that, in reality, he cannot. The Court therefore finds that the plaintiff does not have the assets or means to pay the initial partial filing fee originally assessed. Because the Prison Litigation Reform Act mandates that a prisoner will not be prohibited from bringing a civil action for the reason that he lacks the assets and means to pay an initial partial filing fee, 28 U.S.C. § 1915(b)(4), the plaintiff is granted a waiver of payment of the initial partial filing fee in this case.

Although the plaintiff is excused from *pre*-paying the full filing fee, he still must pay the three hundred and fifty ($350.00) filing fee pursuant to the statutory formula set forth in 28 U.S.C. § 1915(b)(2) when able. *See* 28 U.S.C. § 1915(b)(1) ("the prisoner shall be required to pay the full amount of a filing fee.").

The Court will screen the complaint in accordance with 28 U.S.C. § 1915A in due course.

1

**SO ORDERED.**

Date: 11/6/2019

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

BRIAN EINES
988189
PENDLETON - CIF
CORRECTIONAL INDUSTRIAL FACILITY
Electronic Service Participant – Court Only

Financial Deputy Clerk